**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**2:88cr66**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **CHARLES W. McHAN,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court upon Defendant's Motion To Amend/Correct Judgment, filed March 16, 2009. (Document #2.)  Upon a review of Defendant's motion, the undersigned has determined that a response from the Government is required prior to disposition.

      **IT IS, THEREFORE, ORDERED** that the United States shall submit a written **RESPONSE** on or before June 8, 2009.

Signed: April 9, 2009

Richard L. Voorhees
United States District Judge